## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISON

In Re:  TASHA LOUISE FORD

Case No:  3:22-bk-13580 J
Chapter 13

### SUMMARY NOTICE OF CLAIMS FILED

Pursuant to an examination of the proofs of claims filed in this case, Mark T. McCarty,  Chapter 13 Standing Trustee, provides this Summary Notice of Claims Filed for claims filed on or before the date of this notice.  This Notice is provided to the Debtor and the Debtor's attorney and is filed with the U.S. Bankruptcy Court.

In this Notice, the classification of each claim  (e.g. priority, secured or unsecured) is listed.  "Claim Not filed" denotes a debt disclosed in the Debtor's bankruptcy schedules for which no proof of claim has been filed.  Non priority claims filed that are not listed in the Debtor's bankruptcy schedules are described as "unlisted."  If a creditor files a priority claim, it is listed as priority whether or not scheduled.

Pursuant to 11 U.S.C. Sections 501 and 502 and Federal Rule of Bankruptcy Procedure 3007, a claim or interest for which a proof of claim is filed, is deemed allowed unless the Debtor or a party -in-interest objects to the claim and obtains an order modifying or disallowing the claim as filed.  If no order is entered which modifies or disallows a claim, each of the claims noted below will be paid as filed, subject to the terms of the confirmed plan and the United States Bankruptcy Code.

This Notice is a summary only of the proofs of claims filed with the United States Bankruptcy Court and is not intended as legal advice on any issue regarding the claims including, without limitation: (1) the accuracy of the claim; (2) the underlying obligation; or (3) the treatment of the filed claim in the plan.  Filing of this Notice is not a waiver of the Trustee's rights to seek allowance, disallowance or determination of status of any claim pursuant to the Bankruptcy Code or the Federal Rules of Bankruptcy Procedures.

Dated:  7/12/2023

/s/  Mark T. McCarty

CHAPTER 13 TRUSTEE

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| AARONS RENT TO OWN<br>939 E. MAIN STREET<br>BLYTHEVILLE, AR  72315 | $0.00<br>Claim Not Filed | Unsecured - Other (G)<br>Account No:<br>Comment  :  FURNITURE (SOFA, BEDROOM, SPEA<br>Paid outside | |
| ALLY BANK<br>PAYMENT PROCESSING CENTER<br>P O BOX 78367<br>PHOENIX, AZ  85062-8367 | $18,792.08 | Secured Non 506 - Vehicle<br>Account No:  4915<br>Comment  :  2015 JEEP CHEROKEE<br>Monthly Payment:    $357.62 | 100.00 |
| AWA COLLECTIONS<br>ATTN: BANRKUPTCY<br>100 CHURCH STREET<br>DISKSON, TN  37055 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:  1818<br>Comment  :  MEMPHIS ORTHODONTIC SPECIALIST | |
| BANK OF AMERICA, NA<br>800 MARKET ST<br>MO 1-800-06-14<br>ST LOUIS, MO  63101 | $2,046.84 | Unsecured (H)<br>Account No:  1205<br>Comment  : | 100.00 |
| BRIDGECREST ACCEPTANCE CORPOR<br>AIS PORTFOLIO SERVICES LP<br>P O BOX 4138<br>HOUSTON, TX  77210 | $16,678.00 | Secured Non 506 - Vehicle<br>Account No:  6501<br>Comment  :  2016 CHRYSLER 200 Mod 5/23<br>Monthly Payment:    $354.36 | 100.00 |

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| CAINE & WEINER<br>ATTN: BANKRUPTCY<br>5805 SEPULVEDA BLVD<br>SHERMAN OAKS, CA 91411-2546 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No: 5961<br>Comment : PROGRESSIVE | |
| CONNEXUS CU<br>ATTN: BANKRUPTCY<br>PO BOX 8026<br>WAUSAU, WI 54402 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No: 1224<br>Comment : | |
| CREDIT ACCEPTANCE CORPORATION<br>25505 W 12 MILE RD SUITE 3000<br>SOUTHFIELD, MI 48034 | $9,301.37 | Secured Non 506 - Vehicle<br>Account No: 9149<br>Comment : 2009 CHEVROLET SILVERADO<br>Monthly Payment: $179.81 | 100.00 |
| DEPT OF ED/NELNET<br>ATTN: CLAIMS<br>PO BOX 82505<br>LINCOLN, NE 68501 | $0.00<br>Claim Not Filed | Unsecured - Non-Dischargeable Debt (L)<br>Account No: 5651<br>Comment : | |
| DEPT OF ED/NELNET<br>PO BOX 82561<br>LINCOLN, NE 68501-2561 | $0.00<br>Claim Not Filed | Unsecured - Non-Dischargeable Debt (L)<br>Account No: 4951<br>Comment : | |
| DEPT OF ED/NELNET<br>ATTN: CLAIMS<br>PO BOX 82505<br>LINCOLN, NE 68501 | $0.00<br>Claim Not Filed | Unsecured - Non-Dischargeable Debt (L)<br>Account No: 4851<br>Comment : | |
| DEPT OF ED/NELNET<br>ATTN: CLAIMS<br>PO BOX 82505<br>LINCOLN, NE 68501 | $0.00<br>Claim Not Filed | Unsecured - Non-Dischargeable Debt (L)<br>Account No: 5351<br>Comment : | |
| DEPT OF ED/NELNET<br>ATTN: CLAIMS<br>PO BOX 82505<br>LINCOLN, NE 68501 | $0.00<br>Claim Not Filed | Unsecured - Non-Dischargeable Debt (L)<br>Account No: 5551<br>Comment : | |
| DEPT OF ED/NELNET<br>ATTN: CLAIMS<br>PO BOX 82505<br>LINCOLN, NE 68501 | $0.00<br>Claim Not Filed | Unsecured - Non-Dischargeable Debt (L)<br>Account No: 4551<br>Comment : | |
| DEPT OF ED/NELNET<br>ATTN: CLAIMS<br>PO BOX 82505<br>LINCOLN, NE 68501 | $0.00<br>Claim Not Filed | Unsecured - Non-Dischargeable Debt (L)<br>Account No: 9251<br>Comment : | |
| DEPT OF ED/NELNET<br>ATTN: CLAIMS<br>PO BOX 82505<br>LINCOLN, NE 68501 | $0.00<br>Claim Not Filed | Unsecured - Non-Dischargeable Debt (L)<br>Account No: 4651<br>Comment : | |

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| DEPT OF ED/NELNET<br>ATTN: CLAIMS<br>PO BOX 82505<br>LINCOLN, NE  68501 | $0.00<br>Claim Not Filed | Unsecured - Non-Dischargeable Debt (L)<br>Account No:  5451<br>Comment  : | |
| DEPT OF ED/NELNET<br>ATTN: CLAIMS<br>PO BOX 82505<br>LINCOLN, NE  68501 | $0.00<br>Claim Not Filed | Unsecured - Non-Dischargeable Debt (L)<br>Account No:  5151<br>Comment  : | |
| DEPT OF ED/NELNET<br>ATTN: CLAIMS<br>PO BOX 82505<br>LINCOLN, NE  68501 | $0.00<br>Claim Not Filed | Unsecured - Non-Dischargeable Debt (L)<br>Account No:  5051<br>Comment  : | |
| DEPT OF ED/NELNET<br>ATTN: CLAIMS<br>PO BOX 82505<br>LINCOLN, NE  68501 | $0.00<br>Claim Not Filed | Unsecured - Non-Dischargeable Debt (L)<br>Account No:  5251<br>Comment  : | |
| DEUTSCHE BANK NATIONAL TRUST CO<br>CARRINGTON MORTGAGE SERVICES<br>LLC<br>1600 SOUTH DOUGLASS ROAD<br>ANAHEIM, CA  92806 | $0.00<br>Claim Not Filed | MTG - Pay in Full Claim<br>Account No:<br>Comment  : 1709 LEE CR<br>Monthly Payment:    $386.60 | |
| EQUIFAX INFORMATION SERVICE CENT<br>ATTN: DISPUTE RESOLUTION DEPT.<br>P.O. BOX 105873<br>ATLANTA, GA  30348-5873 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:<br>Comment  : | |
| EXPERIAN INFORMATION SOLUTIONS<br>ATTN: SUPERVISOR, LEGAL DEPT.<br>701 EXPERIAN PKWY.<br>ALLEN, TX  75013-3715 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:<br>Comment  : | |
| MIKE DELOACHE PA<br>512 WEST WASHINGTON AVE<br>JONESBORO, AR  72401 | $4,415.00 | Attorney Fee - Initial<br>Account No:<br>Comment  : | 100.00 |
| PLAZA SERVICES  LLC<br>ATTN MANNY WILLIAMS<br>SUITE 110<br>,   00000 | | Notice Only (Z)<br>Account No:  5855<br>Comment  : | |
| PLAZA SERVICES LLC<br>P O BOX 1931<br>BURLINGAME, CA  94011 | $9,566.84 | Unsecured (H)<br>Account No:  5855<br>Comment  : netcredit | 100.00 |
| SECURIAN CASUALTY COMPANY<br>3923 RANCHERO DR<br>ANN ARBOR, MI  48108 | $21,413.02 | Secured Non 506 - Vehicle<br>Account No:  5337<br>Comment  : 2020 DODGE CARAVAN   -UARK FCU<br>Monthly Payment:    $386.60 | 100.00 |

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| SMITH ROUCHON & ASSOCIATES<br>SRA<br>1456 ELLIS AVE<br>JACKSON, MS  39204-2204 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:  1126<br>Comment  :  MEDICAL DEBT | |
| TRANSUNION<br>ATTN: DISPUTE RESOLUTION<br>P.O. BOX 2000<br>CRUM LYNNE, PA  19022 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:<br>Comment  : | |
| UARK FCU<br>P O BOX 10260<br>FAYETTEVILLE, AR  72703 | $2,670.85 | Unsecured - Unlisted (U)<br>Account No:  2889<br>Comment  : | 100.00 |
| US DEPARTMENT OF EDUCATION C/O I<br>P O BOX 2837<br>PORTLAND, OR  97208-2837 | $27,185.13 | Unsecured - Non-Dischargeable Debt (L)<br>Account No:  4750<br>Comment  : | 100.00 |

CC:     TASHA LOUISE FORD
        1709 Lee Cir
        Blytheville, AR  72315

        MIKE DELOACHE PA   (Noticed by ECF)
        512 WEST WASHINGTON AVE
        JONESBORO, AR  72401